UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re<br><br>THE RHODES COMPANIES, LLC aka "Rhodes Homes," et al.,<br><br>        Reorganized Debtors,<br><br>JAMES M. RHODES,<br><br>        Appellant,<br>  v.<br><br>THE RHODES COMPAINES, LLC aka "Rhodes Homes, " et al, Reorganized Debtors,<br><br>        Appellee. | Case No. 2:12-cv-00139-MMD-VCF<br><br>ORDER |

Before the Court is Appellee Reorganized Debtors' application for a status check as to the oral argument regarding this matter. (Dkt. no. 18.) James Rhodes' Notice of Appeal was filed on January 27, 2012 (dkt. no. 1), and was ripe and fully submitted to the Court on April 13, 2012. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court has several pending motions remaining from the period before March 31, 2012, and will be moving chronologically to motions filed through April 2012. The Notice of Appeal does not fall within the category that requires expedited disposition and

will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 14th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE